```
CAPITAL ONE
P O BOX 60024
CITY OF INDUSTRY CA 91716-0024


CENTRAL STATES RECOVERY INC.
P.O. BOX 3130
HUTCHINSON KS 67504-3130


DEPT OF ED/NELNET
P.O. BOX 82561
LINCOLN NE 68501


IRS
P.O. BOX 21126
PHILADELPHIA PA 19114-0326


LILY CRUICKSHANK
ATTORNEY AT LAW
722 NORTH BROADWAY
SUITE 402
OKLAHOMA CITY OK 73102


MARIA TULLY ERBAR
2601 NW EXPRESSWAY
SUITE 1025
OKLAHOMA CITY OK 73112


MOORE MEDICAL CENTER
PO BOX 26706
OKLAHOMA CITY OK 73126


NORMAN REGIONAL HEALTH SYSTEM
P.O. BOX 268961
OKLAHOMA CITY OK 73126


OKLAHOMA TAX COMMISSION
OFFICE OF THE GENERAL COUNSEL
100 NORTH BROADWAY AVE
SUITE 1500
OKLAHOMA CITY OK 73102


PROFESSIONAL FINANCE CO.
1428 7TH AVENUE
BOX 419
GREELEY CO 80631-4134
```

```
TINKER FEDERAL CREDIT UNION
PO BOX 45750
MIDWEST CITY OK 73145


TINKER FEDERAL CREDIT UNION
P.O. BOX 5118
CAROL STREAM IL 60197-5118


VERIZON WIRELESS
PO BOX 660108
DALLAS TX 75266


VERIZON WIRELESS
P.O. BOX 26055
MINNEAPOLIS MN 55426
```