# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:                                                      )
   **Stephen R Schroeder**                        ,        )
                                                  ,        )        Case No.   **21-13346**
                                                           )        Chapter    **7**
Debtor..                                                   )

## PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑        Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **TINKER AFB** | **09/2021** | **11/2021** |
| | | |
| | | |
| | | |
| | | |
| | | |

☐        The debtor certifies by his/her signature below that he/she has no pay records because:_____

Dated on   **December 30, 2021**   .

**/s/ Stephen R Schroeder**

**Stephen R Schroeder**

(Debtor Signature)

☐ Pro se Debtor

☑ Represented by Counsel

**/s/ Dekovan L. Bowler**

(Attorney Signature)

**Dekovan L. Bowler 15193**

**8333 S.E. 15th Street**
**Midwest City, OK 73110**
ATTORNEY FOR THE DEBTOR
**405-733-3000 Office**
**405-455-3558 Fax**
**dlbowler@hotmail.com**

Counsel for
**Stephen R Schroeder**