# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 11/20/21 |
| 2. Pay Date | 11/26/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SCHROEDER STEPHEN R | WG  10  05 | 29.58 | 44.37 | 0.00   0.00   0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9314 | 0.00 | N | 03/15/10 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TINKER FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 4 | C | | | 0 | 0 | | FERS:  5002.53 | |
| OK | S | 4 | C | | | | | | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 2769.28 | 62414.42 | TSP DATA | 10% |
| TAXABLE WAGES | 2281.80 | 52497.53 | | |
| NONTAXABLE WAGES | 250.84 | 6010.11 | | |
| TAX DEFERRED WAGES | 236.64 | 3906.78 | | |
| DEDUCTIONS | 1504.80 | 24381.80 | | |
| AEIC | | | | |
| NET PAY | 1264.48 | 38032.62 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2366.40 | OVERTIME | 9.08 | 402.88 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| COMM GRN | | 451.11 | 1261.35 | COMM GRN FEE | | | 75.00 |
| FEGLI | 25 | 10.24 | 232.32 | FEGLI OPTNL | ABC | 11.45 | 346.20 |
| FEHB | 112 | 201.27 | 4820.43 | MEDICARE | | 36.51 | 817.86 |
| OASDI | | 203.95 | 4596.47 | ORG/UNION | FZOA | 29.58 | 709.32 |
| RETIRE, FERS | K | 18.93 | 442.84 | TAX, FEDERAL | | 168.55 | 4012.55 |
| TAX, STATE | OK | 87.00 | 1971.00 | TSP SAVINGS | | 236.64 | 3906.78 |
| DENTAL | | 33.11 | 794.64 | VISION | | 16.46 | 395.04 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 138.00 | 12.00 | 151.50 | | | |
| SICK | 4.00 | 4.00 | 92.00 | 4.00 | 96.00 | | | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | 8.00 | 64.00 | | | |
| ADMIN | | | | | 32.00 | | | |
| LWOP | | | | | 56.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 116.16 | FEHB | 562.25 | 13478.22 |
| MEDICARE | 36.51 | 817.86 | OASDI | 156.15 | 3497.07 |
| RETIRE, FERS | 435.42 | 9655.11 | TSP BASIC | 23.66 | 553.52 |
| TSP MATCHING | 94.66 | 1652.69 | | | |

## REMARKS

$   47.80 COLLECTED THIS PAY PERIOD FOR A $  1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $    47.61) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 11/06/21 |
| 2. Pay Date | 11/12/21 |
| 3. Name | SCHROEDER STEPHEN R |
| 4. Pay Plan/Grade/Step | WG 10 05 |
| 5. Hourly/Daily Rate | 29.58 |
| 6. Basic OT Rate | 44.37 |
| 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay | 0.00   0.00   0.00 |
| 8. Soc Sec No | ***-**-9314 |
| 9. Locality % | 0.00 |
| 10. FLSA Category | N |
| 11. SCD Leave | 03/15/10 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/01/22 |
| 14. Financial Institution - Net Pay | TINKER FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 19. Cumulative Retirement | FERS: 4983.60 |
| 20. Military Deposit | |

**17. Tax**
- FED  S  4  0
- OK   S  4  0

**18. Tax** Marital Status 0  Exemptions Add'l 0  Taxing Authority

## 21.

| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 3076.32 | 59645.14 |
| TAXABLE WAGES | 2588.84 | 50215.73 |
| NONTAXABLE WAGES | 250.84 | 5759.27 |
| TAX DEFERRED WAGES | 236.64 | 3670.14 |
| DEDUCTIONS | 1654.31 | 22877.00 |
| AEIC | | |
| NET PAY | 1422.01 | 36768.14 |

## 22. TSP DATA    10%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2366.40 | OVERTIME | 16.00 | 709.92 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| COMM GRN | | 503.62 | 810.24 | COMM GRN FEE | | | 75.00 |
| FEGLI | Z5 | 10.24 | 222.08 | FEGLI OPTNL | ABC | 11.45 | 334.75 |
| FEHB | 112 | 201.27 | 4619.16 | MEDICARE | | 40.97 | 781.35 |
| OASDI | | 222.98 | 4392.52 | ORG/UNION | FZOA | 29.58 | 679.74 |
| RETIRE, FERS | K | 18.93 | 423.91 | TAX, FEDERAL | | 227.06 | 3844.00 |
| TAX, STATE | OK | 102.00 | 1884.00 | TSP SAVINGS | | 236.64 | 3670.14 |
| DENTAL | | 33.11 | 761.53 | VISION | | 16.46 | 378.58 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 132.00 | 12.00 | 139.50 | | 6.00 | |
| SICK | 4.00 | 4.00 | 88.00 | 4.00 | 92.00 | | | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | | 56.00 | | | |
| ADMIN | | | | | 32.00 | | | |
| LWOP | | | | | 56.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 111.04 | FEHB | 562.25 | 12915.97 |
| MEDICARE | 40.97 | 781.35 | OASDI | 175.18 | 3340.92 |
| RETIRE, FERS | 435.42 | 9219.69 | TSP BASIC | 23.66 | 529.86 |
| TSP MATCHING | 94.66 | 1558.03 | | | |

## REMARKS

$   47.80 COLLECTED THIS PAY PERIOD FOR A $  1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $    95.41) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION,
ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG
IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 10/23/21 |
| 2. Pay Date | 10/29/21 |
| 3. Name | SCHROEDER STEPHEN R |
| 4. Pay Plan/Grade/Step | WG 10 05 |
| 5. Hourly/Daily Rate | 29.58 |
| 6. Basic OT Rate | 44.37 |
| 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay | 0.00  0.00  0.00 |
| 8. Soc Sec No | ***-**-9314 |
| 9. Locality % | 0.00 |
| 10. FLSA Category | N |
| 11. SCD Leave | 03/15/10 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/01/22 |
| 14. Financial Institution - Net Pay | TINKER FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 19. Cumulative Retirement | FERS: 4964.67 |
| 20. Military Deposit | |

### 17. Tax
| Tax | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | 4 | 0 |
| OK | S | 4 | 0 |

### 18. Tax
| Tax | Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|---|
| | | 0 | 0 | |

### 21.
| Type | Current | Year to Date |
|---|---|---|
| GROSS PAY | 2399.68 | 56568.82 |
| TAXABLE WAGES | 1912.20 | 47626.89 |
| NONTAXABLE WAGES | 250.84 | 5508.43 |
| TAX DEFERRED WAGES | 236.64 | 3433.50 |
| DEDUCTIONS | 1343.67 | 21222.69 |
| AEIC | | |
| NET PAY | 1056.01 | 35346.13 |

### 22. TSP DATA    10%

## CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2366.40 | OVERTIME | 0.75 | 33.28 | | | |

## DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| COMM GRN | | 306.62 | 306.62 | COMM GRN FEE | | 75.00 | 75.00 |
| FEGLI | Z5 | 10.24 | 211.84 | FEGLI OPTNL | ABC | 11.45 | 323.30 |
| FEHB | 112 | 201.27 | 4417.89 | MEDICARE | | 31.16 | 740.38 |
| OASDI | | 181.02 | 4169.54 | ORG/UNION | FZOA | 29.58 | 650.16 |
| RETIRE, FERS | K | 18.93 | 404.98 | TAX, FEDERAL | | 124.19 | 3616.94 |
| TAX, STATE | OK | 68.00 | 1782.00 | TSP SAVINGS | | 236.64 | 3433.50 |
| DENTAL | | 33.11 | 728.42 | VISION | | 16.46 | 362.12 |

## LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 126.00 | | 127.50 | | 12.00 | |
| SICK | 4.00 | 4.00 | 84.00 | 8.00 | 88.00 | | | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | 8.00 | 56.00 | | | |
| ADMIN | | | | | 32.00 | | | |
| LWOP | | | | | 56.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU
| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 5.12 | 105.92 | FEHB | 562.25 | 12353.72 |
| MEDICARE | 31.16 | 740.38 | OASDI | 133.22 | 3165.74 |
| RETIRE, FERS | 435.42 | 8784.27 | TSP BASIC | 23.66 | 506.20 |
| TSP MATCHING | 94.66 | 1463.37 | | | |

## REMARKS
$    47.80 COLLECTED THIS PAY PERIOD FOR A $  1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $   143.21) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
TO PROVIDE YOUR EMPLOYMENT AND/OR SALARY INFORMATION TO AN ORGANIZATION (BUSINESS, BANK,
CREDIT UNION) OR PERSON,  LOGIN TO THE DCPDS PORTAL HTTPS://COMPO.DCPDS.CPMS.OSD.MIL/, GO
TO MYBIZ EMPLOYMENT VERIFICATION, AND EMAIL INFORMATION DIRECTLY TO THE REQUESTOR.
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | |
|---|---|
| 1. Pay Period End | 10/09/21 |
| 2. Pay Date | 10/15/21 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| SCHROEDER STEPHEN R | WG  10  05 | 29.58 | 44.37 | 0.00   0.00   0.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-9314 | 0.00 | N | 03/15/10 | 240 | 01/01/22 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| TINKER FEDERAL CREDIT UNION | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 4 | 0 | | | 0 | 0 | | FERS:  4945.74 | |
| OK | S | 4 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 3254.64 | 54169.14 | TSP DATA | | 10% |
| TAXABLE WAGES | 2767.16 | 45714.69 | | | |
| NONTAXABLE WAGES | 250.84 | 5257.59 | | | |
| TAX DEFERRED WAGES | 236.64 | 3196.86 | | | |
| DEDUCTIONS | 1225.83 | 19879.02 | | | |
| AEIC | | | | | |
| NET PAY | 2028.81 | 34290.12 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2366.40 | OVERTIME | 8.75 | 388.24 | INCENTVE AWD | | 500.00 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.60 | 201.60 | FEGLI OPTNL | ABC | 14.85 | 311.85 |
| FEHB | 112 | 201.27 | 4216.62 | MEDICARE | | 43.56 | 709.22 |
| OASDI | | 234.04 | 3988.52 | ORG/UNION | FZCA | 29.58 | 620.58 |
| RETIRE, FERS | K | 18.93 | 386.05 | TAX, FEDERAL | | 276.79 | 3492.75 |
| TAX, STATE | OK | 111.00 | 1714.00 | TSP SAVINGS | | 236.64 | 3196.86 |
| DENTAL | | 33.11 | 695.31 | VISION | | 16.46 | 345.66 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 120.00 | | 127.50 | | 6.00 | |
| SICK | 4.00 | 4.00 | 80.00 | | 80.00 | | 4.00 | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | | 48.00 | | | |
| ADMIN | | | | | 32.00 | | | |
| LWOP | | | | | 56.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.80 | 100.80 | FEHB | 562.25 | 11791.47 |
| MEDICARE | 43.56 | 709.22 | OASDI | 186.24 | 3032.52 |
| RETIRE, FERS | 409.39 | 8348.85 | TSP BASIC | 23.66 | 482.54 |
| TSP MATCHING | 94.66 | 1368.71 | | | |

## REMARKS

$   47.80 COLLECTED THIS PAY PERIOD FOR A $  1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $   191.01) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
NET PAY INCLUDES CURRENT AWARD NET OF $    326.75
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| Field | Value |
|---|---|
| 1. Pay Period End | 09/25/21 |
| 2. Pay Date | 10/01/21 |
| 3. Name | SCHROEDER STEPHEN R |
| 4. Pay Plan/Grade/Step | WG 10 05 |
| 5. Hourly/Daily Rate | 29.58 |
| 6. Basic OT Rate | 44.37 |
| 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay | 0.00  0.00  0.00 |
| 8. Soc Sec No | ***-**-9314 |
| 9. Locality % | 0.00 |
| 10. FLSA Category | N |
| 11. SCD Leave | 03/15/10 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 01/01/22 |
| 14. Financial Institution - Net Pay | TINKER FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | |
| 16. Financial Institution - Allotment #2 | |
| 19. Cumulative Retirement | FERS: 4926.81 |
| 20. Military Deposit | |

**17. Tax**
| | Marital Status | Exemptions | Add'l |
|---|---|---|---|
| FED | S | 4 | 0 |
| OK | S | 4 | 0 |

**18. Tax**
| Marital Status | Exemptions | Add'l | Taxing Authority |
|---|---|---|---|
| | 0 | 0 | |

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1874.63 | 50914.50 |
| TAXABLE WAGES | 1446.31 | 42947.53 |
| NONTAXABLE WAGES | 250.84 | 5006.75 |
| TAX DEFERRED WAGES | 177.48 | 2960.22 |
| DEDUCTIONS | 781.85 | 18653.19 |
| AEIC | | |
| NET PAY | 1092.78 | 32261.31 |

### 22.
TSP DATA    10%

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 60.00 | 1774.80 | OVERTIME | 2.25 | 99.83 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | 75 | 9.60 | 192.00 | FEGLI OPTNL | ABC | 14.85 | 297.00 |
| FEHB | 112 | 201.27 | 4015.35 | MEDICARE | | 23.54 | 665.66 |
| OASDI | | 148.47 | 3754.48 | ORG/UNION | FZCA | 29.58 | 591.00 |
| RETIRE, FERS | K | 14.20 | 367.12 | TAX, FEDERAL | | 68.29 | 3215.96 |
| TAX, STATE | OK | 45.00 | 1603.00 | TSP SAVINGS | | 177.48 | 2960.22 |
| DENTAL | | 33.11 | 662.20 | VISION | | 16.46 | 329.20 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 114.00 | 8.00 | 127.50 | | | |
| SICK | 4.00 | 4.00 | 76.00 | 4.00 | 80.00 | | | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | | 48.00 | | | |
| ADMIN | | | | | 32.00 | | | |
| LWOP | | | | 20.00 | 56.50 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.80 | 96.00 | FEHB | 562.25 | 11229.22 |
| MEDICARE | 23.54 | 665.66 | OASDI | 100.67 | 2846.28 |
| RETIRE, FERS | 307.04 | 7939.46 | TSP BASIC | 17.75 | 458.88 |
| TSP MATCHING | 70.99 | 1274.05 | | | |

## REMARKS

```
$    47.80 COLLECTED THIS PAY PERIOD FOR A $  1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $   238.81) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
STILL WAITING ON HARD COPY TAX FORMS? GET THEM FASTER, PROTECT YOUR PERSONAL INFORMATION,
ACCESS, DOWNLOAD AND PRINT ALL YOUR W2S BY CHOOSING ELECTRONIC DELIVERY THROUGH MYPAY. LOG
IN AT HTTPS://MYPAY.DFAS.MIL AND SELECT THE TURN ON/OFF HARD COPY W2 OPTION.
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $    201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY
```

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED

| DEPARTMENT OF DEFENSE | | | | | | 1. Pay Period End 09/11/21 |
|---|---|---|---|---|---|---|
| **CIVILIAN LEAVE AND EARNINGS STATEMENT LES** VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL | | | | | | 2. Pay Date 09/17/21 |
| 3. Name SCHROEDER STEPHEN R | 4. Pay Plan/Grade/Step WG 10 05 | 5. Hourly/Daily Rate 29.58 | 6. Basic OT Rate 44.37 | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay 0.00    0.00    0.00 | | |
| 8. Soc Sec No ***-**-9314 | 9. Locality % 0.00 | 10. FLSA Category N | 11. SCD Leave 03/15/10 | 12. Max Leave Carry Over 240 | | 13. Leave Year End 01/01/22 |
| 14. Financial Institution - Net Pay TINKER FEDERAL CREDIT UNION | | 15. Financial Institution - Allotment #1 | | 16. Financial Institution - Allotment #2 | | |
| 17. Tax  Marital Status  Exemptions  Add'l  FED S 4 0  OK S 4 0 | | 18. Tax  Marital Status  Exemptions  Add'l  Taxing Authority  0   0 | | | 19. Cumulative Retirement FERS: 4912.61 | 20. Military Deposit |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 2399.68 | 49039.87 | TSP DATA | | 10% |
| TAXABLE WAGES | 1912.20 | 41501.22 | | | |
| NONTAXABLE WAGES | 250.84 | 4755.91 | | | |
| TAX DEFERRED WAGES | 236.64 | 2782.74 | | | |
| DEDUCTIONS | 964.82 | 17871.34 | | | |
| AEIC | | | | | |
| NET PAY | 1434.86 | 31168.53 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 2366.40 | OVERTIME | 0.75 | 33.28 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.60 | 182.40 | FEGLI OPTNL | ABC | 14.85 | 282.15 |
| FEHB | 112 | 201.27 | 3814.08 | MEDICARE | | 31.16 | 642.12 |
| OASDI | | 181.03 | 3606.01 | ORG/UNION | FZCA | 29.58 | 561.42 |
| RETIRE, FERS | K | 18.93 | 352.92 | TAX, FEDERAL | | 124.19 | 3147.67 |
| TAX, STATE | OK | 68.00 | 1558.00 | TSP SAVINGS | | 236.64 | 2782.74 |
| DENTAL | | 33.11 | 629.09 | VISION | | 16.46 | 312.74 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 13.50 | 6.00 | 108.00 | 4.00 | 119.50 | | 2.00 | |
| SICK | 4.00 | 4.00 | 72.00 | 4.00 | 76.00 | | | |
| COMPENSATORY | 0.75 | | 5.25 | | 6.00 | | | |
| HOLIDAY | | | | 8.00 | 48.00 | | | |
| ADMIN | | | | 8.00 | 32.00 | | | |
| LWOP | | | | | 36.50 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 4.80 | 91.20 | FEHB | 562.25 | 10666.97 |
| MEDICARE | 31.16 | 642.12 | OASDI | 133.23 | 2745.61 |
| RETIRE, FERS | 409.39 | 7632.42 | TSP BASIC | 23.66 | 441.13 |
| TSP MATCHING | 94.66 | 1203.06 | | | |

### REMARKS

$ 47.80 COLLECTED THIS PAY PERIOD FOR A $ 1147.01 (LESS AMT APPLIED LEAVES A REMAINING
BALANCE $ 286.61) OASDI CORRECTION DEBT IN ACCORDANCE WITH 5 U.S.C. 5514.
PAYROLL OFFICE CUSTOMER SERVICE (800)729-3277  DSN 580-7500.
YOUR PAYROLL OFFICE ID NUMBER IS 97380100 - DEPARTMENT OF DEFENSE.
STARTING PAY PERIOD ENDING JAN 16 2021, COLLECTION OF ANY SOCIAL SECURITY (OASDI) TAX THAT
WAS DEFERRED IN 2020 WILL BE COLLECTED UNTIL PAID IN FULL. FOR MORE INFORMATION, CONTACT
YOUR CUSTOMER SERVICE REPRESENTATIVE AND VISIT WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL
PRETAX FEHB EXCLUSION $ 201.27
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**