# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1087–5 | User: admin | | Date Created: 12/30/2021 |
| Case: 21–13346 | Form ID: 309A | | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Stephen R Schroeder | 8907 Benny Bruce Street | Norman, OK 73026 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Susan J. Manchester | 1100 N Shartel | Oklahoma City, OK 73103 | |
| aty | Dekovan L. Bowler | Bowler & Associates | 8333 SE 15th St | Midwest City, OK 73110 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6629435 | CAPITAL ONE | P O BOX 60024 | City Of Industry CA 91716–0024 | |
| 6629436 | CENTRAL STATES RECOVERY INC. | P.O. BOX 3130 | Hutchinson KS 67504–3130 | |
| 6629437 | DEPT OF ED/NELNET | P.O. Box 82561 | Lincoln NE 68501 | |
| 6629438 | IRS | P.O. BOX 21126 | Philadelphia PA 19114–0326 | |
| 6629439 | LILY CRUICKSHANK | ATTORNEY AT LAW | 722 North Broadway | Suite 402 Oklahoma City OK 73102 |
| 6629440 | MARIA TULLY ERBAR | 2601 NW EXPRESSWAY | SUITE 1025 | Oklahoma City OK 73112 |
| 6629441 | MOORE MEDICAL CENTER | PO BOX 26706 | Oklahoma City OK 73126 | |
| 6629442 | NORMAN REGIONAL HEALTH SYSTEM | P.O. BOX 268961 | Oklahoma City OK 73126 | |
| 6629443 | OKLAHOMA TAX COMMISSION | Office of the General Counsel | 100 North Broadway Ave | Suite 1500 Oklahoma City OK 73102 |
| 6629444 | PROFESSIONAL FINANCE CO. | 1428 7th Avenue | Box 419 | Greeley CO 80631–4134 |
| 6629446 | TINKER FEDERAL CREDIT UNION | P.O. BOX 5118 | Carol Stream IL 60197–5118 | |
| 6629445 | TINKER FEDERAL CREDIT UNION | PO BOX 45750 | Midwest City OK 73145 | |
| 6629448 | VERIZON WIRELESS | P.O. BOX 26055 | Minneapolis MN 55426 | |
| 6629447 | VERIZON WIRELESS | PO BOX 660108 | Dallas TX 75266 | |

TOTAL: 19