Certificate Number: 17572-OKW-DE-036280455

Bankruptcy Case Number: 21-13346



17572-OKW-DE-036280455

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 23, 2022, at 7:07 o'clock AM PST, Stephen R Schroeder completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Oklahoma.

Date: January 23, 2022

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor